IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOYCE BRANCH-WILLIAMS | * | |
| | * | |
| v. | * | Civil No. JFM-09-2687 |
| | * | |
| WILLIAM S. SPENCER, ET AL. | * | |
| | ***** | |

MEMORANDUM

Plaintiff, a former employee of the Department of Veteran Affairs, has instituted this *pro se* action against various government officials. Defendants have filed a motion to dismiss. Plaintiffs responded to the motion. The motion will be granted.

Plaintiff's claims are clearly barred by the related doctrines of *res judicata* and collateral estoppel in light of the prior cases plaintiff has filed. *See, e.g., Martin v. Am. Bancorporation Retirement Plan*, 407 F.3d 643, 650 (4th Cir. 2005); *In re McNallen*, 62 F.3d 619, 623 (4th Cir. 1995). Accordingly, defendants' motion to dismiss will be granted.

DATE: 1/13/2010          /s/
                   J. Frederick Motz
                   United States District Judge